IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-1028-MEF |
| | ) |
| SOUTHERN DISPOSAL SYSTEMS, LLC, *et al.*, | ) (WO) |
| | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. # 18), filed by the parties on July 1, 2010, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety without prejudice, each party to bear its own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 2nd day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE